# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**DEVORIS ANTOINE NEWSON,**

                **Petitioner,**

**v.**                                         **CIVIL NO.  18-3089-SAC**

**TONY WOLF,**

                **Respondent.**

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( x )**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 04/11/18

**Dated:  April 11, 2018**                **TIMOTHY M. O'BRIEN, CLERK**

                                              **s/S. Nielsen-Davis**
                                              **Deputy Clerk**